[Civ. No. 2282. Fourth Appellate District.—April 18, 1939.]

LOUISE ELIZABETH SCOTT, Appellant, v. MARY BREUSING, Respondent.

No appearance for Appellant.

Hoge, Pelton & Gunther and Chester O. Hansen for Respondent.

. BARNARD, P. J.—This is a motion to dismiss the appeal on the ground that no record has been prepared or filed within the time provided by law.

From the certificate of the county clerk and an affidavit of the court reporter it appears that the judgment appealed from was entered on October 21, 1938; that a motion for a new trial was denied on December 12, 1938; that a notice of the denial of said motion was served and filed on the same day; that notice of appeal and request for a transcript on appeal was filed on December 21, 1938; that no arrangement was made with the court reporter covering the cost of a transcript and no undertaking was filed in accordance with the provisions of section 953b of the Code of Civil Procedure; that no draft of a bill of exceptions was filed within the time allowed by section 650 of the Code of Civil Procedure; and that no proceedings are now pending in the superior court for the settlement of a bill of exceptions or for the settlement of a transcript.

The motion is granted and the appeal is dismissed.

Marks, J., and Griffin, J., concurred.